# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | CR 19-00568-AB-4 |
| Maria Esther Ponce, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Tuesday</u>, <u>10/1/2019</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Steve Kim</u>, in Courtroom <u>540</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>9/27/2019</u>

Steve Kim, U.S. Magistrate Judge